3.00/3710708
6/22/2011

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:  
PATERNA, THOMAS P.  
PATERNA, PATRICIA  

Case No. 07-30444 LMW

(CHAPTER 7)

Debtor(s).

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____ The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

__X__ More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: June 19, 2011

RONALD I. CHORCHES, Trustee  
449 SILAS DEANE HIGHWAY  
WETHERSFIELD, CT 06109  
(860) 563-3955

# EXHIBIT A

Case Name: PATERNA, THOMAS P.
Case Number: 07-30444

| Creditor<br>Name and Address | Claim<br>Number | Distrib.<br>Amount | Small<br>Dividend | Unclaimed<br>Dividend |
|---|---|---|---|---|
| Patricia Paterna<br>P.O. Box 185561<br>1010 Mount Carmel Avenue<br>Hamden, CT 06518 | Exemption<br>Payment | | | $3.00 |
| | | | TOTAL<br>REMITTED<br>TO CLERK: | $3.00 |